Rayford MORRIS, Plaintiff in Error,

v.

Paul WISE, Defendant in Error.

No. 36618.

Supreme Court of Oklahoma.

Oct. 18, 1955.

Rehearing Denied Feb. 21, 1956.

Paul Pugh, Francis G. Morgan, Oklahoma City, for plaintiff in error.

Grigsby, Foliart & Hunt, Oklahoma City, for defendant in error.

CORN, Justice.

This is a companion case to Morris v. Wise, Okl., 293 P.2d 547 and the allegations of the petition in each case are identical with the exception of certain items of damage. The syllabus in the former case is adopted as the syllabus in this case, and the judgment is affirmed.

WILLIAMS, V. C. J., and DAVISON, HALLEY, BLACKBIRD and JACKSON, JJ., concur.

JOHNSON, C. J., dissents.